IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON R. BROWN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-174-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____      10/15/09
Peter Oppeneer, Clerk of Court                Date