IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON R. BROWN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-174-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jason R. Brown against defendant Michael J. Astrue awarding plaintiff attorney fees under the Social Security Act in the amount of $19,675.25.

_/s/ Peter Oppeneer_                      11/6/12
Peter Oppeneer, Clerk of Court           Date